```
                                            U.S. BANKRUPTCY COURT
                                         SOUTHERN DISTRICT OF MISSISSIPPI

                                                OCT 23 2006

       UNITED STATES BANKRUPTCY COURT       CHARLENE J. KENNEDY, CLERK
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI   BY_____DEPUTY
```

IN RE:

NORTHLAKE DEVELOPMENT, LLC,                       CHAPTER 11

DEBTOR.                                           CASE NO. 06-01934-NPO

## ORDER GRANTING DISQUALIFICATION MOTION

On October 23, 2006, there came on for hearing (the "Hearing") the United States Trustee's Motion to Disqualify Robert B. Childers as Attorney for Debtor-In-Possession (Dk. No. 3) (the "Disqualification Motion") in the above-referenced chapter 11 proceeding. The Court, being fully advised in the premises and having been advised at the Hearing that Earwood & Childers, PLLC, Michael E. Earwood, and Robert B. Childers confess the allegations contained in the Disqualification Motion, finds that the Disqualification Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Disqualification Motion is hereby granted, and Earwood & Childers, PLLC, Michael E. Earwood, and Robert B. Childers are hereby disqualified from representing the debtor and debtor-in-possession in this bankruptcy case.

SO ORDERED, this the 23rd day of October, 2006.

_____
NEIL P. OLACK
UNITED STATES BANKRUPTCY JUDGE