IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| NORTHLAKE DEVELOPMENT, LLC | CASE NO. 06-01934 NPO |

## FINAL JUDGMENT

THIS MATTER COMES before the Court upon Trustee's Motion for Approval of Post Petition Super Priority Loan (Docket No. 96). By separate Order, the Court has granted the Motion.

THEREFORE, IT IS ORDERED that this Final Judgment is hereby entered granting the Trustee's Motion for Approval of Post Petition Super Priority Loan (Docket No. 96). All terms and provisions contained in the Court's Order are hereby incorporated.

SO ORDERED.

Submitted by:

_/s/ Derek A. Henderson_
DEREK A. HENDERSON, TRUSTEE
AND ATTORNEY FOR THE TRUSTEE
111 East Capitol Street
Suite 455
Jackson, MS 39201
(601) 948-3167