## United States Bankruptcy Court

*DANNY L. MILLER*
*CLERK*

(601) 965-5301

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON, MISSISSIPPI 39225-2448

MAILING ADDRESS:
P. O. BOX 2448

STREET ADDRESS:
ROOM 101
100 EAST CAPITOL STREET

August 11, 2008

HAND DELIVERED

Mr. J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
245 E Capitol Street Suite 316
Jackson, MS 39201

RE:   Northlake Development L.L.C.
      Bankruptcy No. 06-01934-NPO

      Kinwood Capital Group, L.L.C. and George Kiniyalocts, Individually and as General Partner of
      Kiniyalocts Family Family Ptrs. I., LTD. v Northlake Development L.L.C. and BankPlus
      Adversary No. 06-00171-NPO

Dear Mr. Noblin:

Transmitted herewith, in connection with the Notice of Appeal filed on behalf of BankPlus on December 19, 2007, March 28, 2008, and July 21, 2008 and the Amended Notice of Appeal filed on behalf of BankPlus on July 21, 2008, is the Record on Appeal in the above-referenced matter.

Sincerely yours,

DANNY L. MILLER, CLERK

By:  /s/ Deb Santos
     Deb Santos, Deputy Clerk

Attachments

cc: James Ray Mozingo, Esq.
    William M. Simpson, Esq.
    Edward E. Lawler, Jr., Esq.
    R. Keith Forman, Esq.
    Northlake Development LLC
    Luke Dove, Esq.
    Ronald H. McAlpin, Esq.
    Derek A. Henderson, Esq.
    William H. Leech, Esq.
    Danny E. Ruhl, Esq.